# EXHIBIT A

Wood River Health
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PM6SE600305401
JAMES RANTANEN



July 28, 2025

Dear JAMES RANTANEN:

Wood River Health ("WRH") writes to make you aware of an incident that may impact the privacy of some of your information. We are providing you with notice of the incident, steps we have taken in response, and resources available to help you better protect your information, should you feel it is appropriate to do so.

**What Happened?** Wood River Health experienced a data security incident that impacted an employee email account. We launched an investigation with outside assistance to confirm the nature and scope of the incident and ensure security of the email tenant. Through the investigation, we learned that an unauthorized actor accessed the email account and may have viewed or acquired certain information between August 8, 2024, and September 6, 2024. We then undertook a comprehensive review of the involved information to determine what was contained therein and to whom it related. Our review was completed on or about May 29, 2025.

**What Information Was Involved?** Our investigation determined that your name and patient account number, diagnosis, encounter number, treating/referring physician, other health insurance information, medical record number, health insurance subscriber number, medical billing/claims information, treatment information, date of birth, and medicare/medicaid identification were contained within the impacted account. To date, there is no indication of identity theft or fraud in relation to this event.

**What We Are Doing.** We treat our responsibility to safeguard the information entrusted to us as an utmost priority. As such, we responded immediately to this incident and have been working diligently to provide you with an accurate and complete notice of the incident. Our immediate response to this event also included prompt and continued correspondence with federal law enforcement authorities. As part of our ongoing commitment to the privacy and security of information in our care, we have reviewed our existing policies and procedures relating to data protection and security and implemented enhanced security controls.

As an added precaution, we are providing you with twelve (12) months of complimentary access to credit monitoring and identity restoration services through Cyberscout, a TransUnion company, as well as guidance on how to better protect your information. Although we are covering the cost of these services, due to privacy restrictions, you will need to complete the activation process yourself using the enrollment instructions included within the enclosure to this letter.

**What You Can Do.** You can find out more about how to safeguard your information in the enclosed *Steps You Can Take to Protect Information*. There, you will find additional information about the complimentary credit monitoring and identity restoration services we are offering and how to enroll.